Thompson v. Chicago City Railway Co., 205 Ill. App. 471.

## Samuel H. Thompson, Plaintiff in Error, v. Chicago City Railway Company, Defendant in Error.

### Gen. No. 22,142.  (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. WILLIAM B. SCHOLFIELD, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed May 1, 1917.

### Statement of the Case.

Action by Samuel H. Thompson, plaintiff, against the Chicago City Railway Company, defendant. From a judgment for defendant, plaintiff brings error.

DILLARD B. BAKER, for plaintiff in error.

J. R. GUILLIAMS and FRANK L. KRIETE, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1751*—*when judgment will be affirmed because of lack of bill of exceptions.* Where on an appeal there was no bill of exceptions in the record, and the points relied upon were predicated upon recitals in the clerk's transcript of a motion for a new trial and affidavits in support thereof, which upon motion had been stricken from the record because such recitals were not properly a part thereof, *held* that there being nothing before the court for determination, the judgment of the lower court would be affirmed.

2. APPEAL AND ERROR, § 800*—*what must be preserved by bill of exceptions.* A motion for new trial and the rulings of the court thereon can only be preserved in the record by a bill of exceptions.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number,

3. APPEAL AND ERROR, § 760*—*when affidavits are part of record.* Affidavits are a part of the record only when they are brought into it by a bill of exceptions, and they are not made a part of the record merely by being copied into the record by the clerk and certified by him.